2013 APR -5 PM 4:04

BY MP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **13CR1248WQH** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2422(b) - Enticement of a Minor; Title 18, U.S.C., Sec. 2428 - Criminal Forfeiture |
| MANUEL JOSEPH GONZALES, aka "110666110" aka "Gonzino" | |
| Defendant. | |

The grand jury charges:

Count 1

On or about and between November 12, 2012 and December 4, 2012, within the Southern District of California, defendant MANUEL JOSEPH GONZALES, aka "110666110," aka "Gonzino," using any facility and means of interstate and foreign commerce, including the mail, telephone and by computer, did knowingly persuade, induce, entice, and coerce, an individual under the age of 18 years, to wit: Minor #1 (age 15) ("M1"), to engage in unlawful sexual activity for which a person can be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

//

//
CEK:vp:San Diego
4/3/13

## FORFEITURE ALLEGATIONS

1. The allegations contained in Count 1 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2428.

2. Upon conviction of the offenses alleged in Count 1, which involve a violation of Title 18, United States Code, Section 2422(b) (enticement of a minor), defendant MANUEL JOSEPH GONZALES, aka "110666110," aka "Gonzino," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all right, title and interest in: (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offenses; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses; including, but not limited to:

    a. one (1) Apple iPhone 5s, ICCID: 89014103255772745353;
    b. images of minors engaged in sexually explicit conduct;
    c. one (1) Dell PO2E laptop (black) computer;
    d. one (1) Gateway W350A laptop (grey) computer; and
    e. one (1) Chevrolet car with vehicle identification number 2G1FK1EJ6A9212400;

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant -
    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;
    (c) has been placed beyond the jurisdiction of the Court;
    (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Section 2428.

DATED: April 5, 2013.

A TRUE BILL:

_/s/_
Foreperson

LAURA E. DUFFY
United States Attorney

By: _/s/_
CHARLOTTE E. KAISER
Assistant U.S. Attorney